**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jack L. Simms         Charles A Sam Jones, III
Attorney at Law       Attorney at Law
P. O. Box 1554        P.O. Box 995
Leesville LA 71446     DeRidder La 70634

**REHEARING ACTION: June 9, 2010**

**Docket Number: 09   01463-CA**

**ELMO V. DAVIS, JR., ET AL.**
**VERSUS**
**JIMMY R. FORTENBERRY, ET AL.**

**Appealed from Vernon Parish Case No. 71,345, Div. C**

**BEFORE JUDGES:**

     **Hon. Oswald A. Decuir**
     **Hon. James T. Genovese**
     **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Elmo V. Davis, Jr., et al** has this day been

     **DENIED.**

cc: Edward E. Rundell, Counsel for the Appellee